**DISMISSED; Opinion Filed December 20, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01465-CV

**NATIONAL HEALTH INVESTORS, INC. AND NHI-REIT OF AXEL, LLC, Appellants**

**V.**

**EAST LAKE CAPITAL MANAGEMENT LLC, SH REGENCY LEASING LLC, AND EL FW INTERMEDIARY I LLC, Appellees**

**On Appeal from the 95th Judicial District Ct**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Evans

Before the Court is appellants' December 18, 2018 agreed motion to dismiss the appeal as moot. In the motion, appellants state the trial court entered an order dissolving the temporary injunction which was the subject of the appeal, and that all parties agree to dismiss. We grant the motion. *See* TEX. R. APP. P. 42.1.

We dismiss this appeal.

181465F.P05

/David Evans/
_____
DAVID EVANS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NATIONAL HEALTH INVESTORS, INC.
AND NHI-REIT OF AXEL, LLC,
Appellants

No. 05-18-01465-CV          V.

EAST LAKE CAPITAL MANAGEMENT
LLC, SH REGENCY LEASING LLC,
AND EL FW INTERMEDIARY I LLC,
Appellees

On Appeal from the 95th Judicial District
Ct, Dallas County, Texas
Trial Court Cause No. DC-18-07841.
Opinion delivered by Justice Evans. Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees EAST LAKE CAPITAL MANAGEMENT LLC, SH REGENCY LEASING LLC, AND EL FW INTERMEDIARY I LLC recover their costs, if any, of this appeal from appellants NATIONAL HEALTH INVESTORS, INC. AND NHI-REIT OF AXEL, LLC.

Judgment entered this 20th day of December, 2018.